IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE BROWN                                                         PLAINTIFF

            v.                        Civil No. 6:12-cv-06118

THOMAS JARED FORD;
and MICHELLE MITCHELL                                 DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Eddie Brown, filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On October 4, 2013, Defendants filed a motion for summary judgment (ECF Nos. 31-33). On October 17, 2013, an order (ECF No. 34) was entered directing Plaintiff to complete an attached notice regarding the summary judgment motion. The notice required Plaintiff to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Plaintiff was directed to return the attached notice by November 15, 2013. Plaintiff was advised (ECF No. 27) that if he failed to return the notice the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Plaintiff has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. This address was provided to the Court by Plaintiff. The order and attached notice have not been returned as undeliverable.

On February 20, 2014, a show cause order (ECF No. 36) was issued. Plaintiff has not

responded to the show cause order.  It was not returned as undeliverable.  Plaintiff has not contacted the Court in anyway.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14)  days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of May 2014.

/s/ Barry A. Bryant
 HON. BARRY A. BRYANT
 UNITED STATES MAGISTRATE JUDGE