```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

EDDIE BROWN                                              PLAINTIFF

v.                     Case No. 12-6118

THOMAS JARED FORD
and MICHELLE MITCHELL                                    DEFENDANTS

## O R D E R

On this 11th day of June 2014, there comes on for consideration the report and recommendation filed in this case on May 15, 2014, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 37). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of the Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**